UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ALETA RENEE CHAPMAN,** | § | |
| | § | |
| plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:21-cv-3711 |
| | § | |
| **NEWREZ LLC fka New Penn Financial** | § | |
| **LLC dba Shellpoint Mortgage Servicing,** | § | |
| | § | |
| defendant. | § | |

## SHELLPOINT'S CORPORATION DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing hereby certifies the following persons or entities have a financial interest in the outcome of this litigation:

1. Aleta Renee Chapman is the plaintiff. Ms. Chapman is an individual.

2. Shellpoint Mortgage Servicing is the defendant. Shellpoint is an assumed name of NewRez LLC, a Delaware limited liability company. NewRez, LLC is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company. Shellpoint Partners LLC is wholly-owned by NRM Acquisition LLC and NRM Acquisition II LLC, both of which are Delaware limited liability companies. NRM Acquisition LLC and NRM Acquisition II LLC are each wholly-owned by New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is wholly-owned by New Residential Investment Corporation, a Delaware corporation. <u>New Residential Investment Corporation is publicly traded on the New York Stock Exchange under the ticker symbol NRZ.</u>

Date: November 16, 2021								Respectfully submitted,

										*/s/ Michael J. McKleroy, Jr.*
										Michael J. McKleroy, Jr.
										SBN: 24000095, FBN: 576095
										michael.mckleroy@akerman.com
										 --*Attorney in Charge*
										C. Charles Townsend
										SBN: 24028053, FBN: 1018722
										charles.townsend@akerman.com
										Alfredo Ramos
										SBN: 24110251, FBN: 3687680
										fred.ramos@akerman.com
										AKERMAN LLP
										2001 Ross Avenue, Suite 3600
										Dallas, Texas 75201
										Telephone: 214.720.4300
										Facsimile:  214.981.9339

										**ATTORNEYS FOR DEFENDANT SHELLPOINT MORTGAGE SERVICING**

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served on November 16, 2021 as follows:

Brandy M. Alexander
Alexander Law PLLC
2502 La Branch Street
Houston, Texas 77004
**VIA CM/ECF**

										*/s/ Michael J. McKleroy, Jr.*
										Michael J. McKleroy, Jr.