UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ALETA RENEE CHAPMAN,** | § § § | |
| plaintiff, | § § | |
| v. | § § | Case No. 4:21-cv-3711 |
| **NEWREZ LLC fka New Penn Financial LLC dba Shellpoint Mortgage Servicing,** | § § § § | |
| defendant. | § | |

### NOTICE OF APPEARANCE AS ATTORNEY IN CHARGE FOR SHELLPOINT

**PLEASE TAKE NOTICE** Michael J. McKleory, Jr. of the law firm Akerman LLP appears as <u>attorney in charge</u> for NewRez LLC fka New Penn Financial LLC dba Shellpoint Mortgage Servicing. All papers and pleadings should be served on undersigned counsel.

Date: February 2, 2022

Respectfully submitted,

  */s/ Michael J. McKleroy, Jr.*
Michael J. McKleroy, Jr.
SBN: 24000095, FBN: 576095
michael.mckleroy@akerman.com
 --*Attorney in Charge*
C. Charles Townsend
SBN: 24028053, FBN: 1018722
charles.townsend@akerman.com
Alfredo Ramos
SBN: 24110251, FBN: 3687680
fred.ramos@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339

**ATTORNEYS FOR DEFENDANT
SHELLPOINT MORTGAGE SERVICING**

## CERTIFICATE OF SERVICE

      A true and correct copy of this document was served on February 2, 2022 as follows:

Brandy M. Alexander
SBN 24108421, FBN: 3481068
brandyalexander@alexanderpllc.com
Alexander Law PLLC
2502 La Branch Street
Houston, Texas 77004
Telephone: 832-360-2318
Facsimile: 346-998-0886
**VIA CM/ECF**

                                         */s/ Michael J. McKleroy, Jr.*
                                       Michael J. McKleroy, Jr.