UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ALETA RENEE CHAPMAN,** | § § § | |
| plaintiff, | § § | |
| v. | § § | Case No. 4:21-cv-3711 |
| **NEWREZ LLC fka New Penn Financial LLC dba Shellpoint Mortgage Servicing,** | § § § § | |
| defendant. | § | |

### JOINT MOTION TO EXTEND THE AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES DEADLINE

Plaintiff Aleta Renee Chapman ("*Plaintiff*") and NewRez LLC fka New Penn Financial LLC dba Shellpoint Mortgage Servicing ("*Defendant*") (collectively, the "*Parties*"), file this Joint Motion to Extend the Amendments to Pleadings and Addition of New Parties Deadline and show the court the following:

1. Pursuant to the Court's scheduling order (Dkt. 8), the current deadline to amend pleadings and add new parties is February 18, 2022 and the trial date is October 3, 2022.

2. The Parties are engaged in settlement discussions in an effort to informally resolve this matter. The Parties discovered that the loan, which is the subject of this case, has been transferred to another owner and the Parties are verifying who the owner of the current loan is.

3. Based on the foregoing, the Parties have agreed to and respectfully request the Court grant a brief continuance of the February 18, 2022 amendments to pleadings and addition of new parties deadline for 14 days to allow Plaintiff to discover the current owner of the loan and amend her pleadings as necessary.

4.  This is the first request for a continuance that is sought in this matter. This continuance is not sought for delay or harassment, but so that justice may be served.

WHEREFORE, for the foregoing reasons, the Parties respectfully requests that the Court extend the deadline for the parties to file amendments to pleadings and addition of new from February 18, 2022 to March 4, 2022, and for all other relief that the Court deems proper.

Respectfully submitted,

*/s/ Brandy M. Alexander*
Brandy M. Alexander
SBN 24108421, FBN: 3481068
brandyalexander@alexanderpllc.com
Alexander Law PLLC
2502 La Branch Street
Houston, Texas 77004
Telephone: 832-360-2318
Facsimile: 346-998-0886
**ATTORNEY FOR PLAINTIFF
ALETA RENEE CHAPMAN**

and

*/s/ Michael J. McKleroy, Jr.*
Michael J. McKleroy, Jr.
SBN: 24000095, FBN: 576095
michael.mckleroy@akerman.com
--*Attorney in Charge*
C. Charles Townsend
SBN: 24028053, FBN: 1018722
charles.townsend@akerman.com
Alfredo Ramos
SBN: 24110251, FBN: 3687680
fred.ramos@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339
**ATTORNEYS FOR DEFENDANT
SHELLPOINT MORTGAGE SERVICING**