UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ALETA RENEE CHAPMAN,** | § § § § | |
| plaintiff, | § | |
| v. | § § | Case No. 4:21-cv-3711 |
| **NEWREZ LLC fka New Penn Financial LLC dba Shellpoint Mortgage Servicing,** | § § § § | |
| defendant. | § | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Brandy M. Alexander, Movant herein, files this Motion for Leave to Withdraw as Counsel and respectfully shows the Court as follows:

1. Movant requests leave of Court to withdraw as attorney of record for Aleta Chapman in this cause.

2. As provided in Rule 10, Texas Rules of Civil Procedure, Movant states the following facts which establish good cause for this request: have an unresolvable conflict over the handling of this case and it has become necessary for counsel to withdraw.

3. A copy of this Motion has been delivered to Aleta Chapman.

4. Aleta Chapman has been notified in writing of the right to object to this Motion.

5. The last known address for Aleta Chapman is: 16118 Chamomile Ct, Houston, Texas 77083.

6. Aleta Chapman does not agree to this Motion.

7. The following are all of the pending settings and deadlines in this cause:

- March 4, 2021: Amendments to Pleadings and Addition of New Parties

- March 11, 2022: Designation of Plaintiff Experts

- April 1, 2022: Designation of Defendant experts

- June 10, 2022: Discovery deadline

- June 24, 2022: Motions deadline

- September 2, 2022: Joint pre-trial order

- September 30, 2022: Docket call at 1:30 PM in Courtroom 8C.

- October 3, 2022: Trial at 9:00 AM in Courtroom 8C.

8. This Motion is not filed for delay only.

PRAYER: Movant prays that the Court grant this Motion and grant Brandy M. Alexander leave to withdraw as attorney of record in this cause. Movant further requests such other and further relief as may be determined by the Court to be appropriate.

Respectfully submitted,

Alexander Law, PLLC

*/s/ Brandy M. Alexander*
Brandy M. Alexander
Attorney for Plaintiff
Tex. Bar no: 24108421
FBN: 1018722
2502 La Branch St
Houston, Texas 77004
Phone: (832) 360-2318
Fax: (346) 998-0886
Email: brandyalexander@alexanderpllc.com

## Certificate of Service

I certify that a true copy of this document was served in accordance with Rule 21a of the Texas Rules of Civil Procedure on the following on March 4, 2022.

>*/s/ Brandy M. Alexander*
>Brandy M. Alexander
>Attorney for Plaintiff