United States District Court
Southern District of Texas
**ENTERED**
March 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ALETA RENEE CHAPMAN,** | § § § | |
| plaintiff, | § § | |
| v. | § § | Case No. 4:21-cv-3711 |
| **NEWREZ LLC fka New Penn Financial LLC dba Shellpoint Mortgage Servicing,** | § § § § § | |
| defendant. | § § | |

### ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The Motion for Leave to Withdraw as Counsel filed by Brandy M. Alexander came on for consideration.

After consideration, the Motion is:

    \_\_\_\_\_ **DENIED**

    \_X\_\_ **GRANTED**: Brandy M. Alexander is discharged as attorney of record for Aleta Chapman. All future notices in this cause shall be addressed to Aleta Chapman at 16118 Chamomile Ct, Houston, Texas 77083.

**SIGNED ON** March 7, 2022.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM AND SUBSTANCE**

Alexander Law, PLLC

*/s/ Brandy M. Alexander*
Brandy M. Alexander
Attorney for Plaintiff
Tex. Bar no: 24108421
FBN: 3481068
2502 La Branch St
Houston, Texas 77004
Phone: (832) 360-2318
Fax: (346) 998-0886
Email: brandyalexander@alexanderpllc.com