UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALETA RENEE CHAPMAN, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-03711 |
| NEWREZ LLC, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court are United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on February 27, 2023 (Doc. #68) and Plaintiff Aleta Renee Chapman's Objections (Doc. #73). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Notably, the Court finds that the Memorandum and Recommendation does not hold Plaintiff to a higher pleading standard than is required by Rule 12(b)(6) of the Federal Rules of Civil Procedure. *See* Doc. #73 ("The [Memorandum and Recommendation] may be better suited for a motion for summary judgment, . . . , but [its] arguments are wholly improper for this stage of litigation."). Although Plaintiff is pro se, and courts hold pro se plaintiffs to a more lenient standard when analyzing their complaints, "pro se plaintiffs must still plead factual allegations that raise the right to relief above the speculative level." *Chhim v. Univ. of Tex. at Austin*, 836 F.3d 467, 469 (5th Cir. 2016) (per curiam). Plaintiff has failed to properly plead factual allegations to

support her claims against Defendants Bank of America, N.A., U.S. Bank Trust National Association, and Selene Finance.

Accordingly, the Court GRANTS Defendant Bank of America, N.A.'s Motion to Dismiss (Doc. #43) and Defendants U.S. Bank Trust National Association and Selene Finance's Motion to Dismiss (Doc. #49).

It is so ORDERED.

MAR 2 3 2023
Date

The Honorable Alfred H. Bennett
United States District Judge