United States District Court
Southern District of Texas
**ENTERED**
June 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALETA RENEE CHAPMAN, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-03711 |
| NEWREZ LLC, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

Before the Court are United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on April 26, 2023 (Doc. #76) and Plaintiff Aleta Renee Chapman's Objections (Doc. #79). The Magistrate Judge's findings and conclusions are reviewed de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Notably, the Court finds that the Memorandum and Recommendation applies the correct summary judgment standard, as required by Rule 56 of the Federal Rules of Civil Procedure, and that Defendant Newrez LLC met said standard. *See* Doc. #79 at 3. Moreover, the Court agrees that the elements of res judicata are met as to Plaintiff's slander of title claim. *See* Doc. #79 at 103; Doc. #76 at 14–18.

Accordingly, the Court GRANTS Defendant Newrez LLC's Second Motion for Summary Judgment (Doc. #56). A separate final judgment will be entered pursuant to Rule 58(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

__6/7/23_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge