United States District Court
Southern District of Texas
**ENTERED**
June 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALETA RENEE CHAPMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-03711 |
| § | |
| NEWREZ LLC, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Because the Court has dismissed all claims asserted by Plaintiff Aleta Renee Chapman in this lawsuit, the Court hereby **ORDERS** that Plaintiff's case is **DISMISSED with prejudice.**

**THIS IS A FINAL JUDGMENT.**

6/7/23
Date

The Honorable Alfred H. Bennett
United States District Judge